UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM EGGEBRECHT, | No. 2:13-cv-1692-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The court's records show that plaintiff has not yet indicated whether or not plaintiff consents to the jurisdiction of the magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) in accordance with the court's August 30, 2013 order. (ECF No. 5-1.) Accordingly, within 14 days of this order, plaintiff shall file a statement indicating whether plaintiff consents or declines to consent to such jurisdiction. Importantly, plaintiff is under no obligation to consent, and the consent/decline designation merely assists the court in determining how the case will be administratively processed.

IT IS SO ORDERED.

Dated: September 23, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1