UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

TIM EGGERBRECHT,                          ) CV 14-8966-SH
                                          )
                   Plaintiff,             ) JUDGMENT
        v.                                )
                                          )
CAROLYN W. COLVIN,                        )
Commissioner of Social Security           )
Administration,                           )
                                          )
                   Defendant.             )
_____ )

        IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed

and plaintiff's Complaint is dismissed.

DATED: February 17, 2015

                              _____
                                    STEPHEN J. HILLMAN
                              UNITED STATES MAGISTRATE JUDGE